FILED
2026 Mar-19 PM 03:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

**THOMAS ALVIS YOUNG,**
    Plaintiff,

**v.**

**MALCOLM G. HOLTZCLAW**, et al.,
    Defendants.

**Case No. 7:24-cv-158-CLM-JHE**

## MEMORANDUM OPINION AND ORDER

The magistrate judge has entered a report recommending the court grant Defendants' motion for summary judgment on all of Plaintiff Thomas Alvis Young's claims except his Eighth Amendment excessive force claim against Defendant Malcolm G. Holtzclaw. (Doc. 20). The magistrate judge advised the parties of their right to file specific written objections within 14 days. (*Id.*, pp. 13–14). That time has expired without the court receiving any objections.

Having reviewed the record, including the magistrate judge's report, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. As a result, the court **GRANTS IN PART** and **DENIES IN PART** the motion for summary judgment (doc. 16). The court **GRANTS** Defendants' motion for summary judgment on all claims **EXCEPT** for Young's Eighth Amendment excessive force claim against Holtzclaw. The court **DENIES** Holtzclaw's motion for summary judgment on the excessive force claim and **REFERS** that claim to the magistrate judge for further proceedings.

The court **DIRECTS** the Clerk of Court to **TERMINATE** Defendants Michael G. Underwood and Christopher Gordy as defendants listed on the docket sheet.

The court further **DIRECTS** the Clerk to send a copy of this memorandum opinion and order to Young at his address of record.

**Done** and **Ordered** on March 19, 2026.

**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE